**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, <br><br> COMMUNICATIONS WORKERS OF AMERICA, *and* <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> MARCO RUBIO, *in his official capacity as Secretary of State*, <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, <br><br> JOSEPH B. EDLOW, *in his official capacity as Director of U.S. Citizenship and Immigration Service*, <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*, *and* <br><br> UNITED STATES OF AMERICA, <br><br> *Defendants*. | Civil Action No. 25-cv-8566 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Stacy Livingston, an attorney with the Media Freedom & Information Access Clinic, who is admitted to practice in this Court, respectfully enters her appearance as counsel for Plaintiffs International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Communications Workers of America, and American Federation of Teachers in the above-captioned case.

Dated: October 16, 2025

                                                  Respectfully submitted,

                                                  */s/ Stacy Livingston*
                                                  Stacy Livingston
                                                  MEDIA FREEDOM AND INFORMATION
                                                      ACCESS CLINIC
                                                  P.O. Box 208215
                                                  New Haven, CT 06520
                                                  (203) 436-5824
                                                  Stacy.Livingston@ylsclinics.org

                                                 *Counsel for Plaintiffs*