**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of State et al., <br><br> Defendants. | Case No. 1:25-cv-08566-AKH |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Greene, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bar of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3(c).

Dated: November 17, 2025                     Respectfully submitted,

                                            /s/ David Greene
                                            David Greene (admitted in California)
                                            Electronic Frontier Foundation
                                            815 Eddy Street
                                            San Francisco, CA 94109
                                            (415) 436-9333
                                            Email: davidg@eff.org

                                            *Attorney for Plaintiffs*