**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of State et al., <br><br> Defendants. | Case No. 1:25-cv-08566-AKH |

**LOCAL RULE 1.3 DECLARATION**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, NAME, hereby declare the following:

1. I am an attorney at the Electronic Frontier Foundation, 815 Eddy Street, San Francisco, California 94109.

2. I submit this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above captioned matter.

3. I was admitted to practice law in the state of California on June 17, 1992 (Bar No. 160107). I am a member in good standing of the California Bar.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2025                    Respectfully submitted,

                                            /s/ David Greene
                                            David Greene (admitted in California)
                                            Electronic Frontier Foundation
                                            815 Eddy Street
                                            San Francisco, CA 94109
                                            (415) 436-9333
                                            Email: davidg@eff.org

                                            *Attorney for Plaintiffs*