**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America et al.,<br><br>      Plaintiffs,<br><br>          v.<br><br>United States Department of State et al.,<br><br>      Defendants. | Case No. 1:25-cv-08566-AKH |

### ORDER

The motion of David Greene for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that they are a member in good standing of the Bar of the State of California and that their contact information is as follows:

David Greene

ELECTRONIC FRONTIER FOUNDATION

815 Eddy Street

San Francisco, CA 94109

Telephone: (415) 436-9333

Facsimile: (415) 436-9993

davidg@eff.org

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above-

2

captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are Subject to the Local Rules of this Court including the Rules governing discipline of attorneys.

Dated: November __, 2025

_____
Hon. Alvin K. Hellerstein
United States District Judge