UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am. et al.

V.

Department of State et al.

No. 1:25-cv-08566

LAW STUDENT INTERN
APPEARANCE FORM

1.  Law Student Certification

    I certify that:

    (a)  I am duly enrolled in Yale law school in accordance with part (3)(a) of the Plan for Student Practice of the Southern District of New York.

    (b)  I am receiving no compensation from the client in accordance with part (3)(f) of the Plan for Student Practice of the Southern District of New York.

    (c)  I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.

    (d)  I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    02/04/2026
    _____
    (date)

    _____
    (Signature of Student)

    Grace Chisholm
    _____
    (Print Name)

2.  Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a)  has completed at least two semesters of law school work and is a participant in an approved clinical program;

    (b)  is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and

    (c)  that John Langford, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    February 10, 2026
    _____
    (date)

    _____
    (Signature of Dean or Authorized Designee)

    Cristina Rodriguez
    _____
    (Print Name)

    Dean
    _____
    (Position of Above)

3.  Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a)  assume personal professional responsibility for this student's work;
(b)  assist this student to the extent necessary;
(c)  authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d)  appear with this student in all proceedings before the Court.

02/06/2026
_____
(date)

_____
(Signature of Attorney)

John Langford
_____
(Print Name)

4.  Consent of Client or United States Attorney

I authorize this student:

(a)  to appear in court or at other proceedings on my behalf, and
(b)  to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

February 6, 2026
_____
(date)

Ava Barbour
Digitally signed by Ava Barbour
Date: 2026.02.06 15:15:19 -05'00'
_____
(Signature of Attorney)

Ava Barbour
_____
(Print Name)

(If more than one client is involved, approvals from each shall be attached.  If a class action is involved, approvals from named plaintiffs shall be attached.)

5.  Consent of Judge

I authorize this student:

(a)  to appear in court or other proceedings on behalf of the above client, and
(b)  to prepare documents on behalf of the above client.

_____
(date)

_____
(Signature of Judge)

_____
(Print Name)

Supplemental Consents:

Client: __CWA_____

I authorize this student:

    (a) to appear in court or at other proceedings on my behalf; and
    (b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

__02-06-2026_____

(date)

Matt Holder Digitally signed by Matt Holder Date: 2026.02.06 14:30:02 -06'00'
_____

(Signature of Attorney)

_____

(Print Name)

Client: __AFT_____

I authorize this student:

    (a) to appear in court or at other proceedings on my behalf; and
    (b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

__February 6, 2026_____

(date)

Channing Cooper Digitally signed by Channing Cooper Date: 2026.02.06 17:44:58 -05'00'
_____

(Signature of Attorney)

Channing Cooper
_____

(Print Name)