UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, *et al.*,

           Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF STATE,
*et al.*,

           Defendants.

25 Civ. 8566 (AKH)

---

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants'

Motion to Dismiss the First Amended Complaint, the Defendants, by their attorney, Jay Clayton,

United States Attorney for the Southern District of New York, hereby move for an order dismissing

the Complaint under Federal Rule of Civil Procedure 12(b)(1).

Dated:  March 27, 2026
       New York, New York

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

      By:    /s/ *Jennifer Jude*
              Assistant United States Attorney
              (212) 637-2663
              jennifer.jude@usdoj.gov

1