**So ordered.**

April 6, 2026

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**April 7, 2026**

<u>**Via ECF**</u>
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Int'l Union, et al. v. U.S. Dep't of State, et al.*, 25 Civ. 8566 (AKH)

Dear Judge Hellerstein:

The undersigned represent the plaintiffs ("Plaintiffs") in the above-captioned action. The case was filed on October 16, 2025, amidst the most recent government shutdown. ECF No. 1. The government requested three extensions to respond to the original complaint, to which Plaintiffs consented and which the Court granted. ECF Nos. 33–36, 41–42. Plaintiffs filed an amended complaint on March 13, 2026, ECF No. 45, and the government renewed its motion to dismiss on March 27, ECF No. 51. Plaintiffs have not yet requested any extensions and, with the government's consent, write to request an extension of the Plaintiffs' deadline to respond.

Plaintiffs' response to the government's motion to dismiss is currently due April 10, 2026, and the government's reply is due April 17, 2026. Local Civ. R. 6.1(b). Plaintiffs respectfully request an extension of these deadlines such that Plaintiffs' response would be due April 22, 2026, which would result in the following schedule:

- Plaintiffs' opposition is due April 22, 2026;

- *amici* briefs in support of Plaintiffs, if any, are due April 22, 2026; and

- the government's reply is due April 29, 2026.

As noted above, the government consents to the proposed schedule, including the filing of any *amici* briefs by April 22, and this is Plaintiffs' first request for an extension.

Dated: April 6, 2026                    Sincerely,


/s/ Golnaz Fakhimi                      /s/ John Langford
MUSLIM ADVOCATES                        MEDIA FREEDOM & INFORMATION
Golnaz Fakhimi                              ACCESS CLINIC
Sadaf Hasan                             Anthony Cosentino, *student*
1032 15th Street N.W. # 362             Nick Jones, *student*

Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org
sadaf@muslimadvocates.org

/s/ David Greene
ELECTRONIC FRONTIER FOUNDATION
David Greene
Sophia Cope
Elizabeth Femia
Saira Hussain
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org
sophia@eff.org
lfemia@eff.org
saira@eff.org

Raymond Perez, *student*
Tess Solomon, *student*
Grace Chisholm, *student*
Stacy Livingston
John Langford
P.O. Box 208215
New Haven, CT 06511
(203) 432-2366
stacy.livingston@ylsclinics.org
john.langford@ylsclinics.org