**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| INTERNATIONAL UNION, *et al.*, |
| *Plaintiffs*, |
| v. |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, |
| *Defendants*. |

Civil Action No. 25-cv-8566 (AKH)

**NOTICE OF PLAINTIFFS' MOTION TO SUPPLEMENT THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiffs' Motion to Supplement the First Amended Complaint and the exhibits thereto enclosing clean and redlined copies of the proposed supplemented pleading, the Plaintiffs, by their undersigned attorneys, hereby move for an order permitting Plaintiffs to supplement their amended complaint pursuant to Federal Rule of Civil Procedure 15(d) and Local Civil Rule 15.1.

Dated: April 29, 2026

Respectfully submitted,

/s/ *Sadaf Hasan*
MUSLIM ADVOCATES
Sadaf Hasan*
Collin Poirot
1032 15th Street N.W. # 362
Washington, D.C. 20005
(202) 655-2969
sadaf@muslimadvocates.org
collin@muslimadvocates.org

/s/ *David Greene*
ELECTRONIC FRONTIER FOUNDATION
David Greene

/s/ *John Langford*
MEDIA FREEDOM & INFORMATION
    ACCESS CLINIC
Anthony Cosentino, *student*
Nick Jones, *student*
Raymond Perez, *student*
Tess Solomon, *student*
Grace Chisholm, *student*
Stacy Livingston
John Langford
P.O. Box 208215
New Haven, CT 06511
(203) 432-2366

2

Sophia Cope
Elizabeth Femia
Saira Hussain
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org
sophia@eff.org
lfemia@eff.org
saira@eff.org

stacy.livingston@ylsclinics.org
john.langford@ylsclinics.org

\*_Pro hac vice_ application forthcoming

2