UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, *et al.*,

                       Plaintiffs,

       -against-

UNITED STATES DEPARTMENT OF STATE, *et al.*,

                    Defendants.

-------------------------------------------------------------- X

**ORDER GRANTING MOTION
TO SUPPLEMENT
COMPLAINT**

25 Civ. 8566 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiffs move under Federal Rule of Civil Procedure 15(d) and Local Civil Rule 15.1 to supplement their first amended complaint. Finding that Plaintiffs' proposed revisions are narrowly drafted, made in good faith, and will not prejudice Defendants, I grant the motion. Plaintiffs shall file the supplemented first amended complaint as proposed. The grant of this motion does not alter the briefing schedule on the motion to dismiss.

      SO ORDERED.

Dated:     May 14, 2026
          New York, New York

                                ALVIN K. HELLERSTEIN
                                United States District Judge