UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, COMMUNICATIONS WORKERS OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, *et al.*<br><br>Defendants. | : | **ORDER ADJOURNING CONFERENCE**<br><br>25 Civ. 8566 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference scheduled for Wednesday, October 21, 2026, at 11 a.m. is adjourned to Tuesday, October 27, 2026, at 11:00 a.m. The parties shall jointly submit a proposed case management schedule and a list of counsel expected to appear at the conference by October 26, 2026.

SO ORDERED.

Dated: October 20, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge