UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, COMMUNICATIONS WORKERS OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, *et al.*<br><br>Defendants. | **ORDER ADJOURNING CONFERENCE**<br><br>25 Civ. 8566 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference scheduled for Tuesday, October 27, 2026, at 11am is adjourned to Thursday, November 12, 2026, at 11 a.m. The parties shall jointly submit a proposed case management schedule and a list of counsel expected to appear at the conference by 12 p.m. on Wednesday, November 11, 2026.

SO ORDERED.

Dated: October 26, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge